Atty. Jay Fearnley
The Law Office of Jay Fearnley, SP
756 Ridge Lake Blvd, Ste 204
Memphis, TN 38120
Telephone: 901-767-6200

## UNITED STATES UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TENNESSEE

## MEMPHIS DIVISION

|  |  |
|---|---|
| **In the Matters of:** | ) |
|  | ) |
|  | ) |
|  | ) |
| **TOMAS PEREZ RODRIGUEZ** | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

**The Department of Homeland Security;**
(DHS)

Respondents.

Civil Action No.: _2:26- CV- 02209_

# MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW the Petitioner, **Tomas Perez Rodriguez**, by and through undersigned counsel, and respectfully moves this Honorable Court to withdraw the pending Petition for Writ of Habeas Corpus. In support thereof, Petitioner states as follows:

## I. BACKGROUND

1. Petitioner is/was detained by the Department of Homeland Security ("DHS") pursuant to the Immigration and Nationality Act.
2. Petitioner filed a Petition for Writ of Habeas Corpus before this Court on or about **February 27, 2026**, challenging the legality of his continued detention and seeking release and/or a bond hearing.
3. On **March 30, 2026**, Petitioner appeared before the Immigration Court for an Individual Hearing before the Executive Office for Immigration Review.
4. At that hearing, the Immigration Judge granted Petitioner **voluntary departure** pursuant to INA § 240B, with a specified period for departure.

## II. BASIS FOR WITHDRAWAL

5. Petitioner has accepted the grant of voluntary departure and intends to comply with the Immigration Judge's order.
6. As a result, the relief requested in the pending habeas petition—namely, Petitioner's release from detention or a bond hearing—is no longer necessary.
7. Federal courts lack jurisdiction over moot cases under Article III of the United States Constitution. A case becomes moot when there is no longer a live controversy or the parties lack a legally cognizable interest in the outcome.
8. Because Petitioner's detention is no longer being challenged in light of the voluntary departure order, the issues raised in the habeas petition are now **moot**.
9. Accordingly, Petitioner respectfully requests withdrawal of the petition and dismissal of this action without prejudice.

## III. REQUEST FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Honorable Court:

1. Grant this Motion to Withdraw Petition for Writ of Habeas Corpus;
2. Dismiss this matter without prejudice; and
3. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

Jay Fearnley

Atty. Jay Fearnley
The Law Office of Jay Fearnley, SP
756 Ridge Lake Blvd, Ste 204
Memphis, TN 38120
Telephone: 901-767-6200
Counsel for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on this ⁷ day of April , 2026, a true and correct copy of the foregoing **Motion to Withdraw Petition for Writ of Habeas Corpus** was served via the Court's CM/ECF system upon all counsel of record, including the Office of the United States Attorney for the Western District of Tennessee. Service was made by email and prepaid postage.

Jay Fearnley