**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| TOMAS PEREZ RODRIGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02209-TLP-tmp |
| v. | ) | |
| | ) | |
| SCOTT LADWIG, | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

**JUDGMENT BY COURT**.  This action came before the Court on Petitioner's Petition, filed

on February 27, 2026.  (ECF No. 1.)  In accordance with the Order Granting Motion to

Withdraw Petition for Habeas Corpus (ECF No. 16), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED**

**WITHOUT PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L.  PARKER
UNITED STATES DISTRICT JUDGE

May 5, 2026
Date